UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTOINETTE NICHOLS,

      Plaintiff,

v.                                                          CASE NO. 8:18-cv-2062-T-23AAS

HARVARD COLLECTION,

      Defendant.

_____/

## **ORDER**

      The mediator announces (Doc. 20) a settlement of this action.  Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause.  The clerk is directed to close the case.

      ORDERED in Tampa, Florida, on January 28, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE